573 A.2d 1011

Donald ADAMS, et al., Petitioners,

v.

COMMONWEALTH of Pennsylvania, OFFICE OF
ADMINISTRATION, Respondent.

Supreme Court of Pennsylvania.

April 25, 1990.

## ORDER

PER CURIAM.

AND NOW, this 25th day of April, 1990 the Notice of Appeal and Jurisdictional Statement in the above captioned case, at No. 45 M.D. Appeal Docket 1989, is hereby quashed.